# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KARSTEN KEELEN (#125690)** | **CIVIL ACTION** |
| **VERSUS** | |
| **JAMES LeBLANC, ET AL.** | **NO. 13-0516-BAJ-RLB** |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on August 21, 2014.

 

                                                **RICHARD L. BOURGEOIS, JR.**
                                                **UNITED STATES MAGISTRATE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KARSTEN KEELEN (#125690)                                        CIVIL ACTION

VERSUS

JAMES LeBLANC, ET AL.                                           NO. 13-0516-BAJ-RLB

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On or about August 7, 2013, the *pro se* plaintiff, an inmate incarcerated at Elayn Hunt Correctional Center ("EHCC"), St. Gabriel, Louisiana, filed this proceeding, presumably pursuant to 42 U.S.C. § 1983, complaining that prison personnel at EHCC were violating his constitutional rights in numerous respects, including, *inter alia,* by subjecting him to threats, sexual harassment and violence at the hands of co-inmates and security officers, by taking or confiscating his personal property, by subjecting him to unconstitutional conditions of confinement, and by subjecting him to neglect and deliberate medical indifference.

By correspondence dated September 4, 2013 (Rec. Doc. 2), the Court directed the plaintiff to resubmit his Complaint on an approved Complaint form within twenty-one (21) days and, within such time, to either pay the Court's filing fee or submit a properly completed motion to proceed *in forma pauperis* and Statement of Account, copies of which were attached to the referenced correspondence, certifying to the average six-month deposits and balance in his inmate account(s).  The plaintiff was specifically notified that, "failure to amend the pleadings or provide the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice."  *Id.*

A review of the record by the Court reflects that, despite notification of the need to resubmit his Complaint and to either pay the cost of filing suit in this Court or submit a properly completed motion to proceed *in forma pauperis* and Statement of Account within twenty-one (21) days, the plaintiff has failed to respond to the Court's directive.  In the absence of the requested information, the Court is unable to proceed forward with the plaintiff's case or determine an appropriate initial fee for compliance with the provisions of 28 U.S.C. § 1915(b).  Accordingly, because of the plaintiff's failure to correct the deficiencies of which he was notified, this action should be dismissed, without prejudice.

## RECOMMENDATION

It is recommended that the above-captioned proceeding be dismissed, without prejudice, for failure of the plaintiff to correct the deficiencies of which he was notified.

Signed in Baton Rouge, Louisiana, on August 21, 2014.

RICHARD L. BOURGEOIS, JR.
**UNITED STATES MAGISTRATE JUDGE**