UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KARSTEN KEELEN                                    CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                             NO.: 3:13-cv-516-BAJ-RLB

RULING AND ORDER

On August 21, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Karsten Keelen's ("Plaintiff") Complaint (Doc. 1) be dismissed for failure to correct deficiencies. (Doc. 3). Specifically, Plaintiff failed to resubmit his complaint on an approved complaint form within twenty-one (21) days of the Clerk of Court's Deficiency Notice of September 4, 2013, and within such time, to either pay the Court's filing fee or submit a motion along with the requisite documentation to proceed *in forma pauperis*. (*Id.* at p. 2). The Clerk included a copy of the forms in its correspondence. (Doc. 2 at pp. 2-10).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), Plaintiff had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein.

(Doc. 3 at p. 1). A review of the record indicates that Plaintiff did timely file written objections on August 26, 2014.[1] (Doc. 4).

Having carefully considered the Plaintiff's Complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 3)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter be **DISMISSED WITHOUT PREJUDICE** for failure of the Plaintiff to correct the deficiencies of which he was notified.

Baton Rouge, Louisiana, this 6th day of January, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] In his objection, Plaintiff simply states that he does not have the filing fee and will not "waste [his] time" filing *in forma pauperis*. (Doc. 4 at p. 1). He requests that the Court take action without his correcting the aforementioned deficiencies. (*Id.*). Unfortunately, this is insufficient. Because Plaintiff has neither filed a motion to proceed *in forma pauperis* or articulated how he falls under the exception, his claims cannot proceed at this time.